SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01031-MCE-EFB** |
|  | ) |
|       Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
|  | ) |
|    vs. | ) |
|  | ) |
| Porterfield Family, LLC, | ) |
|  | ) |
|      Defendant | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).  The Clerk of the Court is directed to close this case.

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE